# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3183

_____

Glenn R. Waite,                                    *
                                                   *
            Appellant,                             *
                                                   *
      v.                                           *   Appeal from the United States
                                                   *   District Court for the District
Douglas D. Delair; Delair & Delair,                *   of Nebraska.
                                                   *
            Appellees.                             *          [UNPUBLISHED]

_____

Submitted: February 7, 2001

Filed: February 13, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

      Glenn R. Waite appeals from the district court's[1] adverse grant of summary judgment in his legal malpractice action. For the reasons stated in the district court's order, we affirm. See 8th Cir. R. 47B.

_____

      [1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.